FILED
 2021 Jan-04 PM 01:51
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: JULIE PEARCE**

alacourt.com

County: **31**   Case Number: **CV-2020-900668.00**   Court Action:

Style: **TERRY JOHNSON V. WALMART**

Real Time

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 31-ETOWAH | Case Number: | CV-2020-900668.00 | Judge: | WBO:WILLIAM B OGLETREE |
| Style: | TERRY JOHNSON V. WALMART | | | | |
| Filed: | 11/23/2020 | Case Status: | ACTIVE | Case Type: | NEGLIGENCE-GENERAL |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

#### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | 11/23/2020 | Updated By: | AJA |

### Parties

#### Party 1 - Plaintiff INDIVIDUAL - JOHNSON TERRY

##### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | JOHNSON TERRY | | | Type: | I-INDIVIDUAL |
| Index: | D WALMART | Alt Name: | | Hardship: | No | JID: | WBO |
| Address 1: | 5110 PILGRIMS REST ROAD | | | Phone: | (256) 442-9348 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | | | | | | |
| City: | SOUTHSIDE | State: | AL | Zip: | 35907-0000 | Country: US |
| SSN: | XXX-XX-X736 | DOB: | 01/24/1963 | Sex: | M | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | | Status Description: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: | Service Type | Service On: | | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | BRO130 | | COGGIN GINA D. | GINA@THECOGGINFIRM.COM | (256) 485-0909 |

## Party 2 - Defendant BUSINESS - WALMART

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | WALMART | | Type: | B-BUSINESS |
| Index: | C JOHNSON TERR | Alt Name: | | Hardship: No | JID: | WBO |
| Address 1: | 340 E. MEIGHAN BLVD | | | Phone: (256) 547-2637 | | |
| Address 2: | | | | | | |
| City: | GADSDEN | State: | AL | Zip: | 35903-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | | Status Description: |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 11/23/2020 | Issued Type: S-SHERIFF | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: 12/02/2020 | Service Type A-AUTHORIZED SERVICE | Service On: | | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $13.89 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $346.00 | $359.89 | -$13.89 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/2020 | CREDIT | CONV | 2021038 | 2283360 | $13.89 | C001 | 000 | | N | | | CAC |
| 11/23/2020 | RECEIPT | CV05 | 2021038 | 2283370 | $301.00 | C001 | 000 | | N | | | CAC |
| 11/23/2020 | RECEIPT | VADM | 2021038 | 2283380 | $45.00 | C001 | 000 | | N | | | CAC |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11/23/2020 | 12:23 PM | FILE | FILED THIS DATE: 11/23/2020    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | ASSJ | ASSIGNED TO JUDGE: WILLIAM B OGLETREE    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | ORIG | ORIGIN: INITIAL FILING    (AV01) | AJA |
| 11/23/2020 | 12:23 PM | C001 | LISTED AS ATTORNEY FOR C001: COGGIN GINA D. (AV02) | AJA |
| 11/23/2020 | 12:23 PM | C001 | C001 PARTY ADDED: JOHNSON TERRY    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | C001 | C001 E-ORDER FLAG SET TO "Y"    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | C001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | D001 | D001 PARTY ADDED: WALMART    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | D001 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | D001 | SHERIFF ISSUED: 11/23/2020 TO D001    (AV02) | AJA |
| 11/23/2020 | 12:23 PM | D001 | D001 E-ORDER FLAG SET TO "Y"    (AV02) | AJA |
| 11/23/2020 | 12:25 PM | ECOMP | COMPLAINT E-FILED. | BRO130 |
| 12/4/2020 | 10:34 AM | ESERC | SERVICE RETURN | KAA |
| 12/4/2020 | 10:35 AM | D001 | SERVICE OF AUTHORIZED ON 12/02/2020 FOR D001(AV02) | KAA |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 11/23/2020 12:25:32 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 11/23/2020 12:25:33 PM | 2 | COMPLAINT | | 5 |
| 11/23/2020 12:26:09 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |

| 11/23/2020 12:26:09 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 12/4/2020 10:36:50 AM | 5 | SERVICE RETURN | SERVICE RETURN | 1 |
| 12/4/2020 10:38:09 AM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 **END OF THE REPORT**

| State of Alabama Unified Judicial System Form C-34 Rev. 4/2017 | **SUMMONS** **- CIVIL -** | Court Case Number: 31-CV-2020-900668.00 |

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### TERRY JOHNSON V. WALMART

**NOTICE TO:** WALMART, 340 E. MEIGHAN BLVD, GADSDEN, AL 35903

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
GINA D COGGIN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 222 South 8th Street, GADSDEN, AL 35901

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

| 11/23/2020 | /s/ CASSANDRA JOHNSON | By: _____ |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____
*(Date)*

_____ *(Address of Server)*

*(Type of Process Server)* *(Server's Signature)*

*(Server's Printed Name)* *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 31<br>Date of Filing: 11/23/2020 | 11/23/2020 12:25 PM<br>31-CV-2020-900668.00<br>CIRCUIT COURT OF<br>ETOWAH COUNTY, ALABAMA<br>CASSANDRA JOHNSON, CLERK<br>Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### TERRY JOHNSON v. WALMART

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** BRO130     11/23/2020 12:25:46 PM     /s/ GINA D COGGIN

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

11/23/2020 12:25 PM
31-CV-2020-900668.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

TERRY JOHNSON )
 )
 )
V. ) CASE NO.: CV-2020-_____
 )
 )

WALMART, INC., and FICTITIOUS DEFENDANTS A, B and C, whether singular or plural, that person, firm or corporation owning the premises or property on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS D, E and F, whether singular or plural, that person, firm or corporation who or which owned, maintained or had any interest in the premises or property on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS G, H and I, whether singular or plural, that person, firm or corporation who or which was the lessor of the premises or property involved in the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS J, K and L, whether singular or plural, that person, firm or corporation who or which is the true and correct name of the Defendants known as FICTITIOUS DEFENDANTS; FICTITIOUS DEFENDANTS M, N and O, whether singular or plural, that person, firm or corporation who or which controlled and/or had the right or duty to control the premises and/or property involved in the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS P, Q and R, whether singular or plural, that person, firm or corporation, including but not limited to the general liability insurance carrier of or for the entity or entities that owned, occupied or leased the premises involved in the occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS S, T and U, whether singular or plural, that person, firm or corporation whose breach of contract or warranty caused or contributed to cause the occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS V, W and X, whether singular or plural, that third party person, firm or corporation whose negligence, wantonness or other outrageous or wrongful conduct caused or contributed to cause the occurrence or damages made the basis of this lawsuit; FICTITIOUS DEFENDANTS Y, Z and AA, whether singular or plural, that person, firm or corporation who or which, by contract or otherwise, provided any inspection or maintenance of the premises or property where Plaintiff was injured prior to the November 23, 2018, incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS BB, CC and DD, whether singular or plural, that person, firm or corporation who or which lost, destroyed, concealed or otherwise spoliated evidence, including but limited to documents, photographs, videotapes or materials pertinent or material to the premises, property and/or occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS EE, FF and GG, whether singular or plural, that person, firm or corporation whose negligence, wantonness, willfulness or otherwise wrongful conduct caused or contributed to the occurrence made the basis of this lawsuit. The identities of the Fictitious Defendants are otherwise unknown to Plaintiff at this time or if their names are known to Plaintiff at this time, their identity as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

  Defendants.

## COMPLAINT

Comes now the plaintiff in the above styled cause, and makes the following complaint:

1. The Plaintiff, Terry Johnson, is of legal age and is a resident and citizen of Etowah County, Alabama and has been for all times material herein.

2. The Defendant, Walmart, Inc., (hereinafter referred to as "Walmart"), is a corporation located and doing business in Etowah County, Alabama, and has been for all times herein.

3. On or about November 23, 2018, the Plaintiff was an invitee at Defendant Walmart's facility, when he slipped on hand sanitizer that was leaking. Plaintiff alleges he landed on both knees, causing immediate pain in his lower extremities, knees, hips, shoulders, hands and wrists.

4. Unbeknownst to him, Plaintiff alleges an employee of the Defendant Walmart was aware hand sanitizer was leaking, had picked up a box but failed to clean up the sanitizer prior to Plaintiff's fall. Plaintiff alleges as he fell, his phone went flying across the floor, broke apart and the pictures he had picked up from Walmart were scatter all over the floor. Plaintiff alleges a manager was called to come over, and talked with him and incident report was filed.

5. Plaintiff alleges that this event was caused by the negligent failure of the Defendants, both named and fictitious, to properly maintain the walkway areas available to the invitees of Defendant Walmart's facility and/or to properly maintain the walkways free of foreign substances and/or to warn invitees of hazards which could injure said invitees. Plaintiff further alleges each Defendants' failure in this regard constitutes negligence, willfulness, wantonness and/or reckless disregard for Plaintiff's well being.

6. Plaintiff alleges FICTITIOUS DEFENDANTS A, B and C, whether singular or

plural, that person, firm or corporation owning the premises or property on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS D, E and F, whether singular or plural, that person, firm or corporation who or which owned, maintained or had any interest in the premises or property on the occasion made the basis of this lawsuit; FICTITIOUS DEFENDANTS G, H and I, whether singular or plural, that person, firm or corporation who or which was the lessor of the premises or property involved in the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS J, K and L, whether singular or plural, that person, firm or corporation who or which is the true and correct name of the Defendants known as FICTITIOUS DEFENDANTS; FICTITIOUS DEFENDANTS M, N and O, whether singular or plural, that person, firm or corporation who or which controlled and/or had the right or duty to control the premises and/or property involved in the incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS P, Q and R, whether singular or plural, that person, firm or corporation, including but not limited to the general liability insurance carrier of or for the entity or entities that owned, occupied or leased the premises involved in the occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS S, T and U, whether singular or plural, that person, firm or corporation whose breach of contract or warranty caused or contributed to cause the occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS V, W and X, whether singular or plural, that third party person, firm or corporation whose negligence, wantonness or other outrageous or wrongful conduct caused or contributed to cause the occurrence or damages made the basis of this lawsuit; FICTITIOUS DEFENDANTS Y, Z and AA, whether singular or plural, that person, firm or corporation who or which, by contract or otherwise, provided any inspection or maintenance of the premises or property where Plaintiff was injured prior to the November 23, 2018, incident made the basis of this lawsuit; FICTITIOUS DEFENDANTS BB, CC and

DD, whether singular or plural, that person, firm or corporation who or which lost, destroyed, concealed or otherwise spoliated evidence, including but limited to documents, photographs, videotapes or materials pertinent or material to the premises, property and/or occurrence made the basis of this lawsuit; FICTITIOUS DEFENDANTS EE, FF and GG, whether singular or plural, that person, firm or corporation whose negligence, wantonness, willfulness or otherwise wrongful conduct caused or contributed to the occurrence made the basis of this lawsuit. The identities of the Fictitious Defendants are otherwise unknown to Plaintiff at this time or if their names are known to Plaintiff at this time, their identity as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted by amendment when ascertained.

7. As a proximate result of said accident and injury, Plaintiff has been required to seek medical care and treatment for him hips, knees, lower extremities, shoulders, hands and wrists and has been caused to undergo medical care and treatment, all as a result of Defendant's negligence, wantonness, willfulness and/or reckless disregard for the Plaintiff's well being.

8. Plaintiff further alleges he was caused to incur substantial and significant medical expense, all as a result of said accident and injury as has been alleged herein.

9. Plaintiff further alleges his condition is painful and has significantly impacted the quality of his life. Plaintiff further alleges he has been caused to suffer pain and suffering as a result of said accident and has limitations because of said injury which were not present prior to the same.

10. Plaintiff alleges he has suffered damages in excess of $100,000.00, all as a direct and proximate result of the events alleged in his complaint, has lost the ability to continue working and continues to have diminished quality of life due to the injuries alleged herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court will, upon consideration of the evidence herein, grant to the Plaintiff a judgment against all named Defendants, separately and severally, including compensatory and punitive damages as the trier of facts may determine, costs and such other, further and different relief to which the Plaintiff would be deemed entitled.

*s/GINA D. COGGIN*
GINA D. COGGIN (BRO 130)
ATTORNEY FOR PLAINTIFF

OF COUNSEL:
**THE COGGIN FIRM, LLC**
222 South 8th Street
Gadsden, Alabama 35901
(256) 485-0909

**SERVE DEFENDANTS**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>31-CV-2020-900668.00 |
|---|---|---|

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
TERRY JOHNSON V. WALMART

**NOTICE TO:** WALMART, 340 E. MEIGHAN BLVD, GADSDEN, AL 35903                    20.3790
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
GINA D COGGIN
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 222 South 8th Street, GADSDEN, AL 35901
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 11/23/2020 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

[ ] Certified Mail is hereby requested. _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[✓] I certify that I personally delivered a copy of this Summons and Complaint or other document to
Ronnie Hanson Johnson in Etowah County,
*(Name of Person Served)*                    *(Name of County)*
Alabama on 12-2-20
                    *(Date)*

D.S                     Dennis Bullock
*(Type of Process Server)*    *(Server's Signature)*

                    Dennis Bullock
                    *(Server's Printed Name)*

OFFICE OF THE SHERIFF
(Address of Server)
827 FORREST AVENUE
GADSDEN, ALABAMA 35901
(Phone Number of Server)

31-CV-2020-900668.00
TERRY JOHNSON V. WALMART

FILED
DEC 04 2020
CASSANDRA "SAM" JOHNSON
CIRCUIT CLERK

C001 - TERRY JOHNSON                    v.                    D001 - WALMART
*(Plaintiff)*                                                *(Defendant)*

**SERVICE RETURN COPY**